AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| SEBASTIAN SUPAPO, (01) | ) | MJ26-00281 WRP |
| SKYLER SUPAPO (02) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Mar 20, 2026, 4:24 pm (ea)<br>Lucy H.Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     Jan. 2026 through Mar. 19, 2026     in the county of             Honolulu             in the
                        District of         Hawaii         , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a Machinegun |
| 18 U.S.C. § 922(k) | Possession of a Firearm with an Obliterated Serial Number |
| 26 U.S.C. § 5861 | Possession of an Unregistered National Firearms Act Firearm |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Suraj Patel, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    March 20, 2026

City and state:        Honolulu, Hawaii

Barry M. Kurren
United States Magistrate Judge

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-mail: michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ26-00281 WRP |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | CRIMINAL COMPLAINT |
| vs. | ) | |
| | ) | |
| SEBASTIAN SUPAPO,        (01) | ) | |
| SKYLER SUPAPO,           (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Suraj Patel, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## **INTRODUCTION**

1.    This affidavit is submitted for the purpose of establishing probable cause that from January 2026 through March 19, 2026, within the District of Hawaii, Sebastian Supapo ("SEBASTIAN SUPAPO") and Skyler Supapo ("SKYLER SUPAPO"), the defendants, committed the offenses of: Possession of a Machinegun, in violation of 18 U.S.C. §922(o), Possession of a Firearm with Obliterated Serial Number, in violation of 18 U.S.C. §922(k), and Possession of a National Firearms Act Firearm Not Registered in the National Firearms Registration of Transfer Record, in violation of 26 U.S.C. §5861.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 2025. Currently, I am assigned to the Hawaii Violent Crime Task Force and investigate violent crimes, firearm offenses, drug trafficking, and violent crimes against children. Prior to my employment as a Special Agent, I was a Police Officer with the Honolulu Police Department (HPD) for approximately six years. During my tenure with the FBI and HPD, I have participated in numerous investigations of violent crimes and drug trafficking related offenses. Through these investigations, I gained substantial experience collecting evidence, conducting physical surveillance, interviewing subjects and witnesses, executing search warrants, and using confidential sources. I have received extensive training in these matters as well. I have also worked with other

federal agencies and law enforcement officers who have investigated these crimes, and they have shared their knowledge and experience regarding the manner in which firearms are obtained, sold, and used. Furthermore, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and federal agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and offenses and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

## PROBABLE CAUSE

**A.      Background Investigation of SEBASTIAN SUPAPO and SKYLER SUPAPO**

4.      In the summer of 2024, HPD Narcotics/Vice Division Complaints Detail were reviewing Instagram (IG) accounts for illegal activity, including but

3

not limited to, illicit narcotics sales or contraband. HPD found an IG account that was advertising the sale of illicit drugs on their page. Their page had a link to a Telegram account, "Kvalleyexpress" where they were taking preorders for various items. One of the items listed was a Glock 19 frame being sold for $700.00 and the seller related that the purchaser would just need to acquire the slide.

5.     Upon continued monitoring of the IG account, which posted multiple photos of cash and firearms.  HPD officers later identified the person in the IG posts to be SEBASTIAN SUPAPO. Checks of law enforcement databases revealed that SEBASTIAN SUPAPO resided at 2671 Anuu Place Unit M, Honolulu, Hawaii 96819 (the "TARGET RESIDENCE"). Checks of law enforcement databases further revealed other occupants at the TARGET RESIDENCE to include Arlene Carranza ("CARRANZA") and SKYLER SUPAPO.

6.     USPS records revealed that CARRANZA is employed as a City Carrier at the Sand Island Carrier Annex, located at 91 Sand Island Access Road, Honolulu Hawaii 96819 and that SKYLER SUPAPO is employed by USPS as a Custodial Laborer at the Honolulu Processing and Distribution Center, located at 3600 Aolele Street, Honolulu, Hawaii 96820.

7.     On January 26, 2026, the following two Priority Parcels were concurrently mailed from Las Vegas, Nevada to the TARGET RESIDENCE.

4

| Parcel ID Code | Start Location | ZIP | Timestamp | Postage | Weigh | Tender Type |
|---|---|---|---|---|---|---|
| 9505513175196026110661 | LAS VEGAS NV | 89146 | 01/26/26 16:07 | 22.95 | 3.44 | Cash |
| 9505513175196026110708 | LAS VEGAS NV | 89146 | 01/26/26 16:08 | 31.50 | 4.25 | Cash |

8.     Priority Parcel 9505513175196026110661 had a return address of "K&K Detailing, 8000 Spring M?, Las Vegas, NV 89???" and was addressed to "Zekey Supapo" at the TARGET RESIDENCE. On January 28, 2026, the parcel was scanned and deliver by CARRANZA at the TARGET RESIDENCE, which was also her residence.

9.     Priority Parcel 9505513175196026110708 had a return address of "K&K Detailing Gear Clothes, 8000 Spring Mtn Rd, Las Vegas, NV 89117" and was addressed to "Zekey Supapo", at the TARGET RESIDENCE.

10.    On February 3, 2026, a federal search warrant, Case No. MJ 26-00082 RT, was obtained for this parcel. The parcel was searched pursuant to the aforementioned federal search warrant and upon execution, law enforcement investigators located a Sig Sauer P320 9mm handgun, bearing serial number 58B178626. Additionally, law enforcement investigators located three 15 round magazines concealed within the parcel.

11.    USPS records indicated that on February 25, 2026, a USPS customer requested to receive tracking notifications for the parcel that previously contained the above-described firearm at telephone number 808- 425-7548. USPS personnel records revealed that 808-425-7548 is listed as the telephone contact number for SKYLER SUPAPO.

5

12.    From December 2025 to February 2026, Customs and Border Protection, pursuant to their border search authority, examined and seized 16 shipments sent from "Beijing Yanmaotong Supply Chain" that were determined to contain machinegun conversion devices.

13.    Through my training and experience, I know of these machinegun conversion devices to be commonly referred to as "switches", "auto sears", "auto switches", "convertors", "conversion switches", "conversion devices", "selector switches", and "Fire Selector Systems for Glock". Furthermore, through my training and experience, I know that these devices convert a semi-automatic firearm into a fully automatic firearm, also known as a machinegun, which allows the user of the firearm to continuously shoot rounds from the firearm by a single function of the firearm's trigger.

14.    In February 2026, a shipment from Beijing Yanmaotong Supply Chain was shipped to and delivered to the TARGET RESIDENCE. This shipment was addressed to "Sebastian Supapo" with phone number 808-570-4727. A check of law enforcement databases confirmed that 808-570-4727 was registered to SEBASTIAN SUPAPO.

**B.    Licensure and National Firearms Registry Checks**

15.    The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) conducted a search of the National Firearms Registration and Transfer Record

(NFRTR) of the family residing at the TARGET RESIDENCE. The NFRTR contains records of those authorized to possess firearms which are regulated by the National Firearms Act of 1934 to include machineguns, suppressors/silencers, short-barreled rifles, short-barreled shotguns, and destructive devices. Through this database search, ATF determined that no residents at the TARGET RESIDENCE, including SEBASTIAN SUPAPO and SKYLER SUPAPO, were registered to possess any National Firearms Act of 1934 regulated firearms.

16.    ATF also searched the Federal Licensing System for the known residents of the TARGET RESIDENCE, including SEBASTIAN SUPAPO and SKYLER SUPAPO.  The Federal Licensing System issues, renews, and tracks the licenses and permits for firearm and explosive manufacturers, importers, and dealers. Through this database search, ATF determined that no residents at the TARGET RESIDENCE, including SEBASTIAN and SKYLER, were permitted or licensed by ATF to sell firearms.

## C.    The Search of Anuu Pl and Arrest of SKYLER SUPAPO and SEBASTIAN SUPAPO

17.    Based upon these facts, a federal search warrant, Case No. MJ26-00229 WRP, was obtained and executed at the TARGET RESIDENCE on March 19, 2026. During the execution of this search warrant, law enforcement investigators located a secure safe within a bedroom on the lower level of the TARGET RESIDENCE. A total of 44 firearms were located within the secure safe.

7

Additionally, SKYLER's driver's license was located within the same bedroom in which the secure safe was located.

18.    These 44 firearms included a pistol with an installed machinegun conversion device, at least two firearms with obliterated serial numbers, two short-barreled rifles, two short-barreled shotguns, an AR style pistol with an installed suppressor/silencer, and one firearm suppressor/silencer. Photos of some of the located firearms are included below:



Machinegun
Conversion
Device







 

19.    During a non-custodial interview, SKYLER SUPAPO denied ownership of the firearms and told investigators that the firearms belonged to SEBASTIAN SUPAPO. SKYLER admitted that SEBASTIAN SUPAPO would have the firearms mailed to the TARGET RESIDENCE and provide him with the tracking information. SKYLER SUPAPO estimated that there were 20 to 30 firearms in the safe located in his bedroom, to include one Glock semi-automatic pistol with a machinegun conversion device already installed.

20.    SKYLER SUPAPO also related to law enforcement investigators that he knew that the machinegun conversion device converted the Glock semi-automatic pistol into a fully automatic machinegun, allowing the user to shoot all round within the magazine with one sustained hold of the trigger.

10

21.    SKYLER SUPAPO showed law enforcement investigators SEBASTIAN SUPAPO's phone number in his phone and that the contact was saved as "Switch Baby". A search of SKYLER SUPAPO's phone showed a conversation with "Switch Baby" on January 6, 2026, in which SKYLER SUPAPO sent SEBASTIAN SUPAPO a screenshot of a package that was delivered from Las Vegas, Nevada. This package is believed to be the same package seized by USPS Office of Inspector General containing the Sig Sauer P320 9mm firearm. SKYLER SUPAPO stated to "Coming in" after the screenshot.

22.    In another conversation dated March 12, 2026, SKYLER SUPAPO sent a text message to SEBASTIAN SUPAPO stating "Right now I going order em." SEBASTIAN SUPAPO replied "Kk" and SKYLER SUPAPO sent four screenshots of him ordering firearm parts. SKYLER SUPAPO then asked SEBASTIAN SUPAPO "Lmk if correct" and then sent a screenshot of a total bill of $1,175.22 from "freedomunlimitedinc.com". SEBASTIAN SUPAPO replied "Yea" "I gave mom 1130". Later that evening, SEBASTIAN SUPAPO instructed SKYLER SUPAPO to "order lowers." SKYLER SUPAPO responded "yeah tonight." Based on my training and experience, I know "lowers" to refer to lower receivers, which are parts of a firearm that can be used to assemble a functioning firearm.

23.    On March 19, 2026, law enforcement investigators located

11

SEBASTIAN SUPAPO and his registered vehicle. Upon locating him and the vehicle, law enforcement investigators executed federal search warrant MJ 26-00279 WRP on the vehicle and SEBASTIAN SUPAPO's person. Upon executing the search warrant, law enforcement investigators located two cell phones and seized both cell phones. One cell phone was determined to belong to SEBASTIAN SUPAPO, the contents of which were erased.[1] The other cell phone was determined to belong to SEBASTIAN SUPAPO's girlfriend, Sarah Tkatch-Coleman ("TKATCH-COLEMAN").

24.    Upon examining TKATCH-COLEMAN's phone, law enforcement investigators observed text conversations between her and SEBASTIAN SUPAPO, who is saved in her cell phone as "hubs". On February 15, 2025, SEBASTIAN SUPAPO and TKATCH-COLEMAN had a text conversation where TKATCH-COLEMAN told SEBASTIAN SUPAPO to "N instead of buying more parts for a gun, buy drugs cs that's where most ur money comes anyway" to which SEBASTIAN SUPAPO replied "It's both" and "I buy parts from here because sometimes I don't have it." During the conversation about buying gun parts, SEBASTIAN SUPAPO later texts TKATCH-COLEMAN, "It was a couple days ago" "It came in already" "Just need to buy the top parts" "I'm only spending 2k"

---

[1] Law enforcement had initiated the search of the Anuu Pl residence hours earlier, and it is likely that by the time of his arrest and search, SEBASTIAN SUPAPO knew about the search of Anuu Pl.

"and making 7K" and then texts "I already have 4 line up waiting."

25.     SEBASTIAN SUPAPO and SKYLER SUPAPO were subsequently arrested for Possession of a Machinegun, in violation of 18 U.S.C. §922(o), Possession of a Firearm with Obliterated Serial Number, in violation of 18 U.S.C. §922(k), and Possession of a National Firearms Act Firearm Not Registered in the National Firearms Registration of Transfer Record, in violation of 26 U.S.C. §5861.

**D.     National Firearms Act Firearms**

26.     The two firearms described above as short-barreled rifles and the two firearms described above as short-barreled shotguns, all seized from the safe at the TARGET RESIDENCE, were examined by agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, who concluded that all four weapons constituted "firearms" within the meaning of 26 U.S.C. § 5845(a).

//

//

//

//

//

//

//

13

## CONCLUSION

27.    Based on the foregoing facts, I believe there is probable cause to conclude SEBASTIAN SUPAPO and SKYLER SUPAPO committed the aforementioned offenses.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, March 20, 2026

Respectfully submitted,

Suraj Patel
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 20th day of March 2026, at Honolulu, Hawaii.



Barry M. Kurren
United States Magistrate Judge